PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $28,000.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:22-cv-00290-KJM-CKD<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 25, 2022 TO JUNE 30, 2022 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the court finds there is good cause to extend the deadline to file a joint status report from April 25, 2022 to June 30, 2022.

IT IS SO ORDERED.

DATED:  April 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE