PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CV-00290-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JUNE 30, 2022 TO JULY 29, 2022 |
| APPROXIMATELY $28,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from June 30, 2022 to July 29, 2022.

IT IS SO ORDERED.

Dated:  June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE