UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  ,<br><br>                Plaintiff,<br><br>      v.<br><br> Approximately $28,000.00 in U.S. Currency,<br><br>                Defendant. | Case No.  2:22-cv-00290-DAD-CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Meuy Saephan, Mike Saephan and Diontae Price

October 19, 2022                                                    KEITH HOLLAND, CLERK

                                                                          By: /s/  V. Licea Chavez, Deputy

Clerk