UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cv-00290-DAD-CKD |
| Plaintiff, | |
| v. | AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT |
| APPROXIMATELY $28,000.00 IN U.S. CURRENCY, | |
| Defendant. | (Doc. Nos. 20, 24) |

Plaintiff United States filed this civil action *in rem* for forfeiture of approximately $28,000.00 in U.S. Currency (hereafter "defendant currency").[1] On July 22, 2022, plaintiff filed a motion for default judgment and final judgment of forfeiture of all right, title, and interest in the defendant currency. (Doc. No. 20). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On August 31, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted and that final judgment of forfeiture be entered. (Doc. No. 24.) The findings and recommendations provided that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 9.) To date, no objections have been filed and the time for doing so has now passed.

---

[1] This amended order corrects the amount of defendant currency ($28,000.00), which was incorrectly stated in the original order as $42,800.00. (*See* Doc. No. 25.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 31, 2022 (Doc. No. 24) are adopted in full;

2. Plaintiff's motion for default judgment and entry of final judgment of forfeiture (Doc. No. 20) is granted;

3. Default judgment is entered against any right, title, or interest in the defendant currency held by potential claimants, including Meuy Saephan, Mike Saephan, or Diontae Price;

4. Final judgment is entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 19, 2022**

UNITED STATES DISTRICT JUDGE